**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation, | Civil Action No. 14-cv-1195 SDW-MCA |
| Plaintiff, | **FINAL JUDGMENT BY DEFAULT** |
| v. | |
| BHAVANI, INC., a North Carolina Corporation; RAMESH PATEL, an individual; and RAMILABEN R. GORGAMKAR, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Bhavani, Inc., Ramesh Patel and Ramilaben R. Gorgamkar (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on February 25, 2014, seeking damages as a result of the breach of a franchise agreement between SWI and Bhavani, Inc.; and service of the Summons and Complaint having been effectuated with respect to Bhavani, Inc. and Ramesh Patel by serving them on March 18, 2014 in Spindale, North Carolina; and service of the Summons and Complaint having been effectuated with respect to Ramilaben R. Gorgamkar via regular and certified mail on April 15, 2014 in Spindale, North Carolina; and it appearing that default was duly noted by the

Clerk of the Court against Defendants on September 2, 2014 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 2nd day of March, 2015,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $313,721.70, comprised of the following:

a) $142,492.56 for liquidated damages (principal plus prejudgment interest);

b) $162,278.57 for Recurring Fees (principal plus prejudgment interest); and

c) $8,950.57 for attorneys' fees and costs.

HONORABLE SUSAN D. WIGENTON, U.S.D.J.